**Order entered December 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00429-CR

**NATISHA MORGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-71566-K**

## ORDER

The Court **REINSTATES** the appeal.

On October 20, 2014, we ordered the trial court to make findings regarding whether appellant is entitled to court-appointed counsel. We **ADOPT** the trial court's findings that: (1) appellant is indigent; and (2) the Dallas County Public Defender's Office has been appointed to represent her.

We **DIRECT** the Clerk to list Katherine Drew as appellant's appointed attorney of record.

We **DENY** as moot appellant's October 16, 2014 pro se motion to extend time to file her brief.

We **ORDER** appellant to file her brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office, and to the Dallas County District Attorney's Office Appellate Section.

/s/    LANA MYERS
        JUSTICE